# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CYNTHIA DELUCA, DELUCA'S AUTO REPAIR AND TOWING, INC., | NO. 3:15-CV-02475 |
| Plaintiffs, | (JUDGE CAPUTO) |
| v. | |
| CITY OF HAZLETON, HAZLETON POLICE DEPARTMENT, FRANK V. DEANDREA, JR., and JOSEPH YANNUZZI, | |
| Defendants. | |

## ORDER

**NOW**, this 4th day of June, 2019, **IT IS HEREBY ORDERED** that:

(1) The Motion for Summary Judgment (Doc. 59) filed by the City of Hazleton and Joseph Yannuzzi is **GRANTED in part and DENIED in part**.

    (A) The Motion (Doc. 59) is **GRANTED** with respect to Plaintiffs' due process (Counts IV-V), commercial disparagement (Count VIII), and defamation (Count IX) claims.

    (B) The Motion is **DENIED** in all other respects

(2) The matter is removed from this Court's June 2019 trial list and placed on this Court's **October 2019** trial list. A pretrial scheduling order will follow in due course.

                                                        /s/ A. Richard Caputo
                                                        A. Richard Caputo
                                                        United States District Judge